# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08-CR-35 |
| | ) | Judge Mattice/Carter |
| v. | ) | |
| | ) | |
| ELIZABETH REIMERS | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNTS 1 THROUGH 116

The Grand Jury charges that on or about the dates listed below, in the Eastern District of Tennessee, the defendant, ELIZABETH REIMERS, did knowingly and intentionally dispense, and cause to be dispensed, quantities of the controlled substances listed below to the patients, with the initials indicated below, outside the scope of professional practice and not for a legitimate medical purpose; each such instance constituting a violation of Title 21, United States Code, Sections 841(a)(1) and (b), and Title 18, United States Code, Section 2:

| COUNTS | DATE | PATIENT'S INITIALS | CONTROLLED SUBSTANCE | SCHEDULE |
|---|---|---|---|---|
| 1 | 02/23/06 | L.A. | Hydrocodone/APAP | III |
| 2 | 02/23/06 | L.A. | Endocet | II |
| 3 | 02/27/06 | L.A. | Hydrocodone/APAP | III |
| 4 | 03/07/06 | L.A. | Hydrocodone/APAP | III |
| 5 | 03/07/06 | L.A. | Endocet | II |
| 6 | 03/13/06 | L.A. | Endocet | II |
| 7 | 03/14/06 | L.A. | Hydrocodone/APAP | III |
| 8 | 03/20/06 | L.A. | Endocet | II |
| 9 | 03/20/06 | L.A. | Hydrocone/APAP | III |
| 10 | 03/23/06 | L.A. | Endocet | II |

| | | | | |
|---|---|---|---|---|
| 11 | 03/23/06 | L.A. | Hydrocone/APAP | III |
| 12 | 03/29/06 | L.A. | Endocet | II |
| 13 | 03/29/06 | L.A. | Hydrocodone/APAP | III |
| 14 | 04/05/06 | L.A. | Hydrocodone/APAP | III |
| 15 | 04/10/06 | L.A. | Hydrocodone/APAP | III |
| 16 | 04/17/06 | L.A. | Hydrocodone/APAP | III |
| 17 | 04/18/06 | L.A. | Endocet | II |
| 18 | 04/25/06 | L.A. | Hydrocodone/APAP | III |
| 19 | 04/27/06 | L.A. | Endocet | II |
| 20 | 05/01/06 | L.A. | Hydrocodone/APAP | III |
| 21 | 05/08/06 | L.A. | Endocet | II |
| 22 | 05/08/06 | L.A. | Hydrocodone/APAP | III |
| 23 | 06/01/05 | C.D. | Oxycodone/APAP | II |
| 24 | 06/07/05 | C.D. | Endocet | II |
| 25 | 06/08/05 | C.D. | Alprazolam | IV |
| 26 | 06/08/05 | C.D. | Oxycodone | II |
| 27 | 06/14/05 | C.D. | Endocet | II |
| 28 | 06/22/05 | C.D. | Oxycodone/APAP | II |
| 29 | 06/29/05 | C.D. | Endocet | II |
| 30 | 07/06/05 | C.D. | Endocet | II |
| 31 | 07/08/05 | C.D. | Alprazolam | IV |
| 32 | 07/08/05 | C.D. | Hydrocodone/APAP | III |
| 33 | 07/15/05 | C.D. | Hydrocodone/APAP | III |
| 34 | 07/22/05 | C.D. | Hydrocodone/APAP | III |
| 35 | 07/27/05 | C.D. | Hydrocodone/APAP | III |
| 36 | 10/21/05 | D.M. | Oxydocone/APAP | II |
| 37 | 10/26/05 | D.M. | Hydrocodone/APAP | III |
| 38 | 10/27/05 | D.M. | Alprazolam | IV |
| 39 | 11/04/05 | D.M. | Oxycodone/APAP | II |
| 40 | 11/15/05 | D.M. | Hydrocodone/APAP | III |
| 41 | 11/18/05 | D.M. | Endocet | II |
| 42 | 11/18/05 | D.M. | Oxycodone/APAP | II |
| 43 | 11/21/05 | D.M. | Alprazolam | IV |
| 44 | 12/02/05 | D.M. | Hydrocodone/APAP | III |
| 45 | 12/02/05 | D.M. | Oxycodone/APAP | II |
| 46 | 12/06/05 | D.M. | Hydrocodone/APAP | III |
| 47 | 12/16/05 | D.M. | Oxycodone/APAP | II |
| 48 | 12/21/05 | D.M. | Alprazolam | IV |
| 49 | 12/21/05 | D.M. | Hydrocodone/APAP | III |
| 50 | 12/29/05 | D.M. | Oxycodone/APAP | II |
| 51 | 01/06/06 | D.M. | Hydrocodone/APAP | III |
| 52 | 01/12/06 | D.M. | Endocet | II |
| 53 | 01/12/06 | D.M. | Oxycodone/APAP | II |
| 54 | 05/02/05 | K.B. | Hydrocodone/APAP | III |

| 55 | 05/13/05 | K.B. | Hydrocodone/APAP | III |
| 56 | 05/13/05 | K.B. | Oxycodone/APAP | II |
| 57 | 05/24/05 | K.B. | Oxycodone/APAP | II |
| 58 | 10/13/06 | K.B. | Xanax | IV |
| 59 | 10/25/06 | K.B. | Lortab | III |
| 60 | 04/20/05 | J.D. | Hydrocodone/APAP | III |
| 61 | 04/25/05 | J.D. | Hydrocodone/APAP | III |
| 62 | 04/28/05 | J.D. | Hydrocodone/APAP | III |
| 63 | 04/29/05 | J.D. | Hydrocodone/APAP | III |
| 64 | 04/30/05 | J.D. | Hydrocodone/APAP | III |
| 65 | 05/03/05 | J.D. | Hydrocodone/APAP | III |
| 66 | 05/07/05 | J.D. | Hydrocodone/APAP | III |
| 67 | 05/10/05 | J.D. | Hydrocodone/APAP | III |
| 68 | 05/21/05 | J.D. | Hydrocodone/APAP | III |
| 69 | 05/25/05 | J.D. | Hydrocodone/APAP | III |
| 70 | 06/03/05 | J.D. | Hydrocodone/APAP | III |
| 71 | 06/07/05 | J.D. | Hydrocodone/APAP | III |
| 72 | 06/10/05 | J.D. | Hydrocodone/APAP | III |
| 73 | 06/13/05 | J.D. | Hydrocodone/APAP | III |
| 74 | 06/16/05 | J.D. | Alprazolam | IV |
| 75 | 06/21/05 | J.D. | Hydrocodone/APAP | III |
| 76 | 06/24/05 | J.D. | Hydrocodone/APAP | III |
| 77 | 06/28/05 | J.D. | Hydrocodone/APAP | III |
| 78 | 11/07/05 | D.P. | Endocet | III |
| 79 | 11/21/05 | D.P. | Endocet | III |
| 80 | 12/05/05 | D.P. | Endocet | III |
| 81 | 12/19/05 | D.P. | Endocet | III |
| 82 | 01/03/06 | D.P. | Endocet | III |
| 83 | 01/17/06 | D.P. | Endocet | III |
| 84 | 10/03/06 | A.W. | Oxycodone/HCL | II |
| 85 | 10/06/06 | A.W. | Oxycodone/APAP | II |
| 86 | 10/23/06 | A.W. | Oxycodone/APAP | II |
| 87 | 10/30/06 | A.W. | Oxycodone/HCL | II |
| 88 | 11/03/06 | A.W. | Oxycodone/HCL | II |
| 89 | 11/09/06 | A.W. | Oxycodone/APAP | II |
| 90 | 11/20/06 | A.W. | Oxycodone/APAP | II |
| 91 | 11/21/06 | A.W. | Alprazolam | IV |
| 92 | 11/29/06 | A.W. | Oxycodone/HCL | II |
| 93 | 11/29/06 | A.W. | Oxycodone/HCL | II |
| 94 | 12/09/06 | A.W. | Oxycodone/APAP | II |
| 95 | 12/28/06 | A.W. | Oxycodone/HCL | II |
| 96 | 12/30/06 | A.W. | Oxycodone/APAP | II |
| 97 | 08/01/06 | "J.Matthews" | Lortab | III |
| 98 | 08/17/06 | "J.Matthews" | Percocet | II |

| | | | | |
|---|---|---|---|---|
| 99 | 08/31/06 | "J.Matthews" | Percocet | II |
| 100 | 09/06/06 | "J.Matthews" | Mepergan Fortis | II |
| 101 | 09/20/06 | "J.Matthews" | Mepergan Fortis | II |
| 102 | 09/20/06 | "J.Matthews" | Morphine (MSIR) | II |
| 103 | 10/12/06 | "J.Matthews" | Mepergan Fortis | II |
| 104 | 10/12/06 | "J.Matthews" | Morphine | II |
| 105 | 11/09/06 | "J.Matthews" | Mepergan Fortis | II |
| 106 | 11/09/06 | "J.Matthews" | Morphine (MSIR) | II |
| 107 | 12/08/06 | "J.Matthews" | Mepergan Fortis | II |
| 108 | 12/08/06 | "J.Matthews" | Morphine (MSIR) | II |
| 109 | 01/17/07 | "J.Matthews" | Mepergan Fortis | II |
| 110 | 01/17/07 | "J.Matthews" | Morphine (MSIR) | II |
| 111 | 03/29/07 | "J.Matthews" | Mepergan Fortis | II |
| 112 | 03/29/07 | "J.Matthews" | Morphine (MSIR) | II |
| 113 | 10/27/06 | "D. Allen" | Percocet | II |
| 114 | 11/09/06 | "D. Allen" | Percocet | II |
| 115 | 12/08/06 | "D. Allen" | Percocet | II |
| 116 | 01/17/07 | "D. Allen" | Percocet | II |

## COUNTS 117 THROUGH 130

The Grand Jury also charges that on or about the dates listed below, in the Eastern District of Tennessee, the defendant, ELIZABETH REIMERS, did knowingly and intentionally dispense, and cause to be dispensed, quantities of the controlled substances listed below to the patients, with the initials indicated below, outside the scope of professional practice and not for a legitimate medical purpose, resulting in the deaths of J.B., D.M.M. and D.Pa. from use of the controlled substances; each such instance constituting a violation of Title 21, United States Code, Sections 841(a)(1) and (b) and Title 18, United States Code, Section 2:

| COUNTS | DATE | PATIENT'S INITIALS | CONTROLLED SUBSTANCE | SCHEDULE |
|--------|------|--------------------|-----------------------|----------|
| 117 | 01/20/06 | J.B. | Xanax | IV |
| 118 | 01/20/06 | J.B. | MS Contin | II |
| 119 | 01/06/05 | D.M.M. | Mepergan Fortis | II |
| 120 | 01/10/05 | D.M.M. | Demerol | II |
| 121 | 02/07/05 | D.M.M. | Xanax | IV |
| 122 | 03/02/05 | D.M.M. | Mepergan Fortis | II |
| 123 | 05/16/05 | D.M.M. | Valium | IV |
| 124 | 05/26/05 | D.M.M. | Lortab | III |
| 125 | 05/26/05 | D.M.M. | Duragesic Patch (Fentanyl) | II |
| 126 | 09/19/06 | D.Pa. | Xanax | IV |
| 127 | 09/19/06 | D.Pa. | Percocet | III |
| 128 | 09/19/06 | D.Pa. | Hycotuss | III |
| 129 | 09/19/06 | D.Pa. | Fiorinal with Codeine | III |
| 130 | 09/19/06 | D.Pa. | Demerol (injectable) | II |

A TRUE BILL:

/s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: /s/ John P. MacCoon
    John P. MacCoon
    Assistant United States Attorney

5

Case 4:08-cr-00035   Document 1   Filed 10/28/08   Page 5 of 5